# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10543-MDC

GEORGIA TOWNSEND

20 WYNWOOD DRIVE

MOUNTVILLE, PA 17554-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGIA TOWNSEND

20 WYNWOOD DRIVE

MOUNTVILLE, PA 17554-

Counsel for debtor(s), by electronic notice only.

BARRY A SOLODKY
212 NORTH QUEEN ST

LANCASTER, PA 17603

Date: 3/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee