IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | CHAPTER 13 |
| Georgia Danforth Townsend | ) | |
| Debtor | ) | Bankruptcy #17-10543-MDC |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES**

To the Clerk, Chapter 13 Trustee, and U.S. Trustee:

Please enter the appearance of Nikolaus & Hohenadel, LLP on behalf of the above-captioned debtor, Georgia Danforth Townsend.  Pursuant to Bankruptcy Rule 2002, we request notice of all documents as counsel for debtor, Georgia Danforth Townsend.

DATED:  March 22, 2017

By:  /s/ Barry A. Solodky
     Barry A. Solodky, Esquire (#19259)
     Matthew S. Bleacher, Esquire (#321958)
     Nikolaus & Hohenadel, LLP
     212 North Queen Street
     Lancaster, PA 17603
     717-299-3726(T)/717-299-1811(F)