United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10543-mdc
Georgia Townsend                                                          Chapter 13
Georgia Townsend
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP            Page 1 of 1              Date Rcvd: Apr 05, 2017
                               Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db          +Georgia Townsend,    MAILING ADDRESS,    20 Wynwood Drive,    Mountville, PA 17554-1647
db          +Georgia Townsend,    1216 Manor Street,    Columbia, PA 17512-1923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
          BARRY A. SOLODKY    on behalf of Debtor Georgia  Townsend bsolodky@n-hlaw.com,
          mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST
          COMPANY bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM LEE HALLAM    on behalf of Creditor   Branch Banking and Trust Company
          whallam@rosenbergmartin.com,  canaanski@aol.com;jbradley@rosenbergmartin.com
                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        *
                                              *
GEORGIA TOWNSEND                              *    Case No. 17-10543
                                              *
                                              *
                                              *    (Chapter 13)
* * * * * * * * * * * * * * * *    *    * * * * * * * * * * * * * * * *
                                              *
BRANCH BANKING AND TRUST                      *
COMPANY                                       *
307 International Circle, Suite 600           *
Hunt Valley, Maryland 21030                   *
                                              *
          Movant,                             *
v.                                            *
GEORGIA D. TOWNSEND                           *
1216 Manor Street                             *
Columbia, PA 17512                            *
                                              *
* * * * * * * * * * * * * * * *    *    * * * * * * * * * * * * * * * *

**CONSENT ORDER GRANTING MOTION OF BRANCH BANKING AND**
**TRUST COMPANY FOR RELIEF FROM THE AUTOMATIC**
**STAY AS TO 125 BANK STREET, COLUMBIA, PA**

**WHEREAS,** Branch Banking and Trust Company (the "Bank"), together with its

designee Atlas NC SPE 1, LLC ("Atlas" and together with the Bank the "Movant") filed a

Motion [Dkt. 19] (the "Motion") seeking relief from the automatic stay of 11 U.S.C. § 362(d)

with respect to that real property commonly known as 125 Bank Street, Columbia, PA (the

"Property") which is owned jointly by Georgia Townsend (the "Debtor") and Ronald G. Madar

("Madar") and granting *in rem* relief in accordance with 11 U.S.C. § 362(d)(4) with respect to

the Property; and

**WHEREAS,** upon consideration of the Motion and the consent of the Debtor to the relief

requested in the Motion as evidenced by the signature of her counsel below; no responses having

been filed to the Motion; and it appearing that cause exists to grant the relief requested in the Motion, it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania, hereby:

**ORDERED**, that pursuant to 11 U.S.C. §§ 362(d)(1), 362 (d)(2) and 362(d)(4) cause exists to grant relief from the automatic stay with respect to the Movant and/or its successors and designees as to the Property; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(4), the Movant, and/or its successors and designees, is hereby granted *in rem* relief from the automatic stay in order to exercise and enforce its various rights and remedies against the Property by, among other things, causing the Property to be sold at Sheriff's sale in the State Court Proceedings (as defined in the Motion); and it is further

**ORDERED**, that as provided in 11 U.S.C. § 362(d)(4)(B), this Order shall be binding in any other case filed under Title 11 of the United States Code purporting to affect the Property where such a case is filed not later than two years after the date of the entry of this Order, subject to such other terms of 11 U.S.C. § 362(d)(4)(B), and the Lancaster County Office of the Recorder of Deeds, and any other governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording; and it is further

**ORDERED**, that the 14-day imposed under Fed. R. Bankr. R. 4001(a)(3) is hereby waived and this order shall be effective as of March 30, 2017.

Dated:    April 5, 2017

*Magdeline D. Colen*

Magdeline D. Coleman
Judge, United States Bankruptcy Court

2

**WITH CONSENT:**

*/s/ William L. Hallam*
William L. Hallam (PA ID #85647)
Rosenberg Martin Greenberg LLP
25 South Charles Street, 21st Floor
Baltimore, MD 21201
Telephone:    (410) 727-6671
Email: whallam@rosenbergmartin.com

*/s/ Barry A. Solodky*
Barry A. Solodky (PA ID #19259)
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603
Telephone:    (717) 299-3726
Email:    bsolodky@n-hlaw.com

*Counsel for Branch Banking and Trust*
*Company and Atlas NC SPE 1, LLC*

*Counsel for the Debtor*

I HEREBY CERTIFY that the terms of the copy of the foregoing stipulation submitted to the Court are identical to those set forth in the original stipulation; and the signatures represented by the __/s/__ on this copy reference the signatures of consenting parties on the original stipulation.

*/s/ William L. Hallam*
William L. Hallam

cc:
William L. Hallam
Barry A. Solodky
William C. Miller
Riobert W. Pontz

3/27/17
No Objection:

TRUSTEE    *without prejudice to any
trustee rights or remedies

**END OF ORDER.**

4841-1308-4997, v. 2

3