# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGIA TOWNSEND                               Chapter 13

                Debtor                   Bankruptcy No. 17-10543-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __27TH__ day of __April__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BARRY A SOLODKY
NIKOLAUS & HOHENADEL LLP
212 NORTH QUEEN ST
LANCASTER, PA 17603-

Debtor:
GEORGIA TOWNSEND

20 WYNWOOD DRIVE

MOUNTVILLE, PA 17554-