United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10543-mdc
Georgia Townsend                                                      Chapter 13
Georgia Townsend
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 2              Date Rcvd: Apr 28, 2017
                               Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
```
db         +Georgia Townsend,    MAILING ADDRESS,    20 Wynwood Drive,    Mountville, PA 17554-1647
db         +Georgia Townsend,    1216 Manor Street,    Columbia, PA 17512-1923
cr         +Branch Banking and Trust Company,    c/o William L. Hallam,    Rosenberg Martin Greenberg, LLP,
             25 South Charles Street,    21st Floor,    Baltimore, MD 21201-3322
13886644    American Express,    P.O.Box 981537,    El Paso, TX 79998-1537
13884467    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
13856360   +Bank of America,    8020 Corporate Drive,    Nottingham, MD 21236-4978
13886646   +Bernice Shaw,    1216 Manor Street,    Columbia, PA 17512-1923
13886647   +Cecil County,    200 Chesapeake Blvd - Suite 1100,    Elkton, MD 21921-6652
13886648    Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13886649   +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
13886650   +Clearon Bernthesil,    22 S. Second Street,    Columbia, PA 17512-1402
13886652   +First National Bank Northeast,    Main Office,    440 Main Street,    Lyons, NE 68038-2580
13886653   +First National Bank of Northeast,    119 West Main St,    North East, PA 16428-1119
13886654   +Heth, Peter and Carol,    4338 FAIRVIEW ROAD,    Columbia, PA 17512-8917
13886656   +Joshua D. Bradley, Esquire,    Rosenberg MArtin Greenberg, LLP,    25 S. Charles St. - Suite 2115,
             Baltimore, MD 21201-3322
13886658   +KML Law Group, PC,    BNY Mellon Independence Cntr, Suite 5000,    701 Market Street,
             Philadelphia, PA 19106-1538
13886659    Lancaster County Tax Claim Bureau,    150 N Queen Street,    Suite 122,    PO Box 1447,
             Lancaster, PA 17608-1447
13886661   +MARC ROBERTS, ESQ,    LAW OFFICE OF MARC ROBERTS,    149 East Market Street,
             York, PA 17401-1221
13886662   +Matteo S. Weiner, Esquire,    KML Law Group, PC,    701 Market Street - Suite 5000,
             Philadelphia, PA 19106-1541
13886664   +PNC Bank,   The Tower at PNC Plaza,    300 Fifth Avenue,    Pittsburgh, PA 15222-2401
13886665   +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13886666   +Ronald G. Mader,    20 Wynwood Drive,    Mountville, PA 17554-1647
13886667   +Tomes Landing, A Condominium,    c/o Michael S. Neall & Asocaites, PC,
             147 Old Solomons Island Road, Suite 400,    Annapolis, MD 21401-0903
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Apr 29 2017 01:42:18     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2017 01:41:24
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 29 2017 01:42:09     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13856359   +E-mail/Text: bankruptcy@bbandt.com Apr 29 2017 01:41:07     BB&T,    200 West Second Street,
             Winston-Salem, NC 27101-4049
13886651    E-mail/Text: cio.bncmail@irs.gov Apr 29 2017 01:41:06     Department of Treasury,
             Internal Revenue Service,    PO Box 8208,    Philadelphia, PA 19101-8208
13886660    E-mail/Text: camanagement@mtb.com Apr 29 2017 01:41:09     M&T Bank,    1 Fountain Plaza,
             Buffalo, NY 14203
13886663    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2017 01:41:24     PA Department of Revenue,
             Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13886645*      +BB&T,    200 West Second Street,    Winston Salem, NC 27101-4049
13886655*       Internal Revenue Service,    PO Box 219690,    Kansas City, MO 64121-9690
13886657      ##+Keri P. Ebeck, Esquire,    Weltman, Weiberg & Reis Co., LPA,    436 7th Ave., Suite 1400,
                 Pittsburgh, PA 15219-1827
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: PaulP                 Page 2 of 2                   Date Rcvd: Apr 28, 2017
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Georgia  Townsend bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST
               COMPANY bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM LEE HALLAM    on behalf of Creditor   Branch Banking and Trust Company
               whallam@rosenbergmartin.com,  canaanski@aol.com;jbradley@rosenbergmartin.com
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGIA TOWNSEND                                Chapter 13

                    Debtor                     Bankruptcy No. 17-10543-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _27th_ day of _April_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BARRY A SOLODKY
NIKOLAUS & HOHENADEL LLP
212 NORTH QUEEN ST
LANCASTER, PA 17603-

Debtor:
GEORGIA TOWNSEND

20 WYNWOOD DRIVE

MOUNTVILLE, PA 17554-